SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION
Sanjiv N. Singh [SBN 193525]
1700 S. El Camino Real Suite 503
San Mateo CA 94402
Tel: 650-389-2255
Email: ssingh@sanjivnsingh.com

INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION
Michael B. Indrajana [SBN 258329]
1700 S. El Camino Real Suite 503
San Mateo CA 94402
Tel: 650-597-0928
Email: michael@indrajana.com

Attorneys for Plaintiff Michael Bisch

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BISCH, an individual,<br><br>                              Plaintiff,<br><br>vs.<br><br>COUNTY OF YOLO, CALIFORNIA, a public corporation; CITY OF WEST SACRAMENTO, a public corporation; CITY OF DAVIS, a public corporation; CITY OF WOODLAND, a public corporation; ANGEL BARAJAS, an individual; OSCAR VILLEGAS, an individual; CHAD RINDE, an individual; AARON LAUREL, an individual; KEN HIATT, an individual; MICHAEL WEBB, an individual; DONALD SAYLOR, an individual; and DOES 1 through 50, inclusive,<br><br>                              Defendants. | Case No.: 2:23-cv-00455-MCE-DB<br><br>**JOINT STIPULATED REQUEST FOR ORDER AMENDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE AND [PROPOSED] ORDER PURSUANT TO CIVIL LOCAL RULE 144**<br><br>Judge: Hon. Morrison C. England<br><br>Hearing Date: August 10, 2023<br>Time:            2:00 PM<br>Dept. No.:       7 |

JOINT STIPULATED REQUEST FOR ORDER AMENDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE AND [PROPOSED] ORDER PURSUANT TO CIVIL LOCAL RULE 144

Pursuant to Civil Local Rule 144(a), Plaintiff Michael Bisch ("Plaintiff") and Defendants County of Yolo, et al. ("Defendants"), by and through their respective undersigned counsel, hereby jointly stipulate and request that the Court enter an Order extending the briefing schedule for Defendants' Motion to Dismiss (ECF No. 8) and Motion to Strike (ECF No. 9) that were filed on May 16, 2023 as follows:

| MOTION BRIEFING DEADLINE | CURRENT DEADLINE | PROPOSED STIPULATED DUE DATE |
|---|---|---|
| Plaintiff's Opposition to Defendants' 12(b)(6) motion and Motion to Strike | May 30, 2023 | June 13, 2023 |
| Defendants' Reply to Plaintiff's Oppositions | June 6, 2023 | June 23, 2023 |
| Motion Hearing Date | TBD (Pursuant to the Court's Order ECF No. 10) | TBD (Pursuant to the Court's Order ECF No. 10) |

Pursuant to Local Rule 144(b), no extensions of time have been sought by the Parties in connection with Defendants' 12(b)(6) motion and motion to strike.

Pursuant to Civil Local Rule 131(e), the filer of this document attests that all signatories have authorized submission of this joint stipulation and proposed order.

Respectfully Submitted by,

Dated:  May 18, 2023                    SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION

                                        */s/ Sanjiv S. Singh*
                                        Sanjiv N. Singh (SBN 193525)

Dated:  May 18, 2023                    INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION

                                        */s/ Michael B. Indrajana*
                                        Michael B. Indrajana (SBN 258329)

                                        Attorneys for PLAINTIFF MICHAEL BISCH

JOINT STIPULATED REQUEST FOR ORDER AMENDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE AND [PROPOSED] ORDER PURSUANT TO CIVIL LOCAL RULE 144

1

Dated:  May 18, 2023                    ANGELO, KILDAY & KILDUFF, LLP

2

3                                       */s/ Serena M. Warner* (as authorized on May 18, 2023)
                                        Serena M. Warner SBN (264799)

4

5                                       Attorneys for DEFENDANTS COUNTY OF YOLO, CITY
                                        OF DAVIS, CITY OF WOODLAND, CITY OF WEST
6                                       SACRAMENTO, ANGEL BARAJAS, OSCAR
                                        VILLEGAS, DONALD SAYLOR, CHAD RINDE,
7                                       AARON LAUREL, KEN HIATT, AND MICHAEL
                                        WEBB
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATED REQUEST FOR ORDER AMENDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION
TO DISMISS AND MOTION TO STRIKE AND [PROPOSED] ORDER PURSUANT TO CIVIL LOCAL RULE 144

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATE: _____                         _____

                                             The Honorable Morrison C. England
                                             United States District Court Judge

JOINT STIPULATED REQUEST FOR ORDER AMENDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION
TO DISMISS AND MOTION TO STRIKE AND [PROPOSED] ORDER PURSUANT TO CIVIL LOCAL RULE 144