# EXHIBIT A

SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION
Sanjiv N. Singh, Esq. (SBN 193525)
1700 S. El Camino Real Suite 503
San Mateo, CA 94402
Phone: (650) 389-2255
Email: ssingh@sanjivnsingh.com

INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION
Michael B. Indrajana, Esq. (SBN 258329)
1700 S. El Camino Real Suite 503
San Mateo, CA 94402
Phone: (650) 597-0928
Email: michael@indrajana.com

Attorneys for Plaintiff MICHAEL BISCH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BISCH, an individual, | Case No.: 2:23-cv-00455-MCE-DB |
| Plaintiff, | |
| vs. | **SUPPLEMENTAL DECLARATION OF SANJIV N. SINGH SUBMITTED AS SURREPLY TO DEFENDANTS' REPLY BRIEF [ECF DKT. NO. 18]** |
| COUNTY OF YOLO, CALIFORNIA, a public corporation; CITY OF WEST SACRAMENTO, a public corporation; CITY OF DAVIS, a public corporation; CITY OF WOODLAND, a public corporation; ANGEL BARAJAS, an individual; OSCAR VILLEGAS, an individual; CHAD RINDE, an individual; AARON LAUREL, an individual; KEN HIATT, an individual; MICHAEL WEBB, an individual; DONALD SAYLOR, an individual; and DOES 1 through 50, inclusive, | Judge: Hon. Morrison C. England<br>Hearing Date: TBD [if any]<br>Time:          TBD<br>Dept. No.:    7 |
| Defendants. | |

## SUPPLEMENTAL DECLARATION OF SANJIV N. SINGH

1.      My name is Sanjiv N. Singh. I am lead trial counsel for Plaintiff Michael Bisch in the above captioned matter. I have personal knowledge of the facts stated therein, and if sworn as a witness, I would be competent to testify thereto.

2.      I am submitting this supplemental declaration to authenticate evidence that is necessary to rebut Defendants' assertions in their Reply Brief that: (i) "Simply, there is no admissible evidence that the concerns expressed by the Supervisors actually caused Bisch's termination[.]" – a powerful and unusual statement suggesting that there is literally no evidence even if discovery were to be conducted (Reply at 7:25-8:2); and (ii) their new claim and new factual narrative (*see e.g.,* Reply at 10:12-18) that the Yolo County Supervisors had no choice but to write the YFB Board in order to gain information about Plaintiff Bisch and YFB's actions with its private partner Mercy Coalition because Bisch refused to disclose private contractual information to Yolo CFO Chad Rinde.

3.      Attached hereto as **Singh Exhibit 5** is a true and correct copy of a March 19, 2022 email obtained on June 23, 2023 by California Public Records Act Request (the "CPRA Request") from the Defendant County of Yolo which thread shows the March 18, 2022 Letter to the Yolo County Board (discussed in Plaintiff's Opposition at Dkt. No. 14 at Section II(C)) being circulated from Defendant City of Woodland by Defendant Ken Hiatt (City Manager of City of Woodland) to members of Defendant City of Woodland which is then circulated to Defendant City of West Sacramento, copying Defendant City of Davis. The representative from Defendant City of West Sacramento states to the entire email group: "**Wow, that's an excellent letter. Thanks so much for sharing it Rosie. I have been so upset by this situation. It is great to finally see the unethical actions of Michael Bisch finally being fully addressed in public**." This proposed surreply evidence should be viewed in conjunction with previously submitted Singh Exhibit 4, CPRA WOODLAND 000218-000220: a March 7, 2022 Email at 10:23 AM where Defendant City of West Sacramento employee Traci Goularte forwarded the **"unethical practices"** email to Defendant City of Davis's Jennifer Gilbert and Defendant City of Woodland's Rosie Ledesma. The Court can evaluate whether the two emails – Singh Exhibit 4 and proposed surreply Singh Exhibit 5 – appear to show that a narrative depicting Plaintiff Bisch as unethical began circulating among all Defendants including Yolo County from March 4, 2022. Concerningly, to my knowledge, Defendant Yolo County did not produce the March 4, 2022 email sent

to its employee Marissa Juhler in its response to the CPRA Request, despite processing the identical search terms provided by our offices). The Court can also evaluate this proposed surreply Singh Exhibit 5 in light of the Reply's new factual assertion that the March 18, 2022 letter was merely a fact finding tool authored by Villegas and Barajas (Reply at 10:12-18) and in light of Opposition evidence already submitted which shows that members of the Board were having repeated individual contacts with YFB Board Members Dan Ramos, Tom Muller, and James Durst. Opposition at Sections II(C)–(D).

4.      Attached hereto as **Singh Exhibit 6** is a true and correct copy of a May 31, 2022 email obtained by CPRA Request on June 23, 2023 from The Defendant County of Yolo in which Jennifer Gilbert from the Defendant City of Davis sends an enthusiastic email saying, **"Thank you Marissa!" after reading in the Davis Enterprise that Michael Bisch was forced out of Yolo Food Bank.** Ms. Gilbert copies representatives of Defendant City of Woodland, Defendant City of West Sacramento, and Defendant City of Davis. This surreply Singh Exhibit 6 is being submitted as evidence to rebut Defendants' position that the March 18, 2022 letter and related communications including numerous phone calls by Supervisors to YFB Board members (see Opposition at Sections II(C)-(D)) was not part of a concerted plan to place pressure on the YFB Board to terminate Michael Bisch. The surreply Singh Exhibit 6 should be read in conjunction with Singh Exhibit 4 CPRA, WOODLAND 000070-000077: a March 18, 2022 Email from Defendant Hiatt to City Council members of Defendant City of Woodland where one of the Council members, Tom Stallard, states after being sent March 18, 2022 letter from Yolo County to YFB Board, **"A spicy meatball indeed. That board has to get Bisch under control or bounce him."**  The Court can also evaluate this proposed surreply Singh Exhibit 6 in light of the Reply's assertion that the March 18, 2022 letter was merely a fact finding tool authored by Villegas and Barajas (Reply at 10:12-18) and in light of Opposition evidence already submitted which shows that members of the Board were having repeated individual contacts with YFB Board Members Dan Ramos, Tom Muller, and James Durst. Opposition at Sections II(C)-(D).

5.      Attached hereto as **Singh Exhibit 7 and 7A** is a true and correct copy of an email and attachment, obtained on June 23, 2023 by CPRA Request from The Defendant County of Yolo, sent by Defendant County of Yolo's Marissa Juhler (the individual being thanked by the City Defendants' officials after they learned of Michael Bisch's ouster). The email appears to show that on the same day she is thanked by the Cities' officials for the departure of Michael Bisch from YFB, she informs them,

"This is basically the brain dump I gave to County Counsel to backup or dispute the false claims in letter from the YFB." She also attaches an Engagement Outline which shows that all meetings with Michael Bisch and the County about SB 1383 occurred in 2021 or earlier. *Cf.* Reply at 4:4-25. The Court can evaluate this proposed surreply Singh Exhibits 7 and 7A against the narrative offered in the Reply brief.

6.     Attached hereto as **<u>Singh Exhibit 8</u>** is a true and correct copy of an email by Defendant Chad Rinde on behalf of Defendant Yolo County to Yolo County Supervisors including Defendants Barajas and Villegas. Defendant Rinde states, "**Good afternoon Members of the Board, I sent the attached letter and below email to the Food Bank Board of Directors a few minutes ago. I did not copy you on the original email to avoid a dialogue <u>that would create a Brown Act issue</u> if members of their board replied all as part of a reaction to the letter.**" [emphasis added]. The Court can evaluate this proposed surreply Singh Exhibit 8 in light of the Reply's assertion that the March 18, 2022 letter was merely a fact finding tool authored by Villegas and Barajas (Reply at 10:12-18) and in light of Opposition evidence already submitted which shows that members of the Board were having repeated individual contacts with YFB Board Members Dan Ramos, Tom Muller, and James Durst. Opposition at Section II(C)-(D).

7.     Attached hereto as **<u>Singh Exhibit 9</u>** is a true and correct copy of an email (obtained on June 23, 2023 by CPRA Request) by Defendant Mike Webb (City Manager of Defendant City of Davis) sent immediately after the Rinde email described above, where Defendant Webb forwards the letter to YFB Director Dan Ramos, a known real estate developer with significant projects at that time under review in City of Davis, City of West Sacramento, and Yolo County. See e.g., Dkt. No. 14-1 ("Bisch Decl.") at ¶ 25(b). YFB Director Ramos then replies to Defendant Webb, stating, "**Mike, Yes, and thanks again for the heads up. I been in contact with Oscar, Don S, Don B and Aaron as well as other YFB Board Members. We will get this under control and resolve all issues**." This email rebuts the Reply assertions about hearsay as the only evidence of contact between YFB Board members and government officials and shows Daniel Ramos admitting contact as of March 19, 2022 with at least two Yolo County Supervisors ("Oscar" likely being Defendant Supervisor Oscar Villegas, "Don S" likely being Defendant Supervisor Don Saylor, and "Aaron" being West Sacramento City Manager Aaron Laurel on the topic of Michael Bisch/YFB management conduct). This proposed surreply Singh Exhibit 9 can be evaluated by the Court in connection with other evidence submitted by Plaintiff Bisch including

evidence of continued phone calls by Defendants Saylor, Villegas, and Barajas to YFB Board Members. Opposition at Section II(C)-(D).

8.      Attached hereto as **Singh Exhibit 10** is a true and correct copy (obtained on June 22, 2023 by CPRA Request from the City of Winters) of a March 19, 2022 Email by City of Winters City Council Member Jesse Loren to City Manager Kathleen Trepa stating, in connection with the March 18, 2022 Yolo County Letter to the YFB Board (Bisch Exhibit 16), "**I heard about this earlier today. It seems like a gossip based letter targeting Michael Bisch. He and the BOS have been having trouble over SB 1383 for quite some time. I am hoping to stay out of it. I watched a July 2021 meeting where Oscar went after YFB and it was very discouraging. There is always politics behind the scenes.**" The Court can evaluate this proposed surreply Singh Exhibit 10 and determine whether it is effective rebuttal to the narrative advanced by Plaintiffs in the Reply at 10:7-18, and can also evaluate whether Defendants' conduct in 2022 was part of legitimate public interest activities as the Reply Brief claims or instead reflected personal politics and vendetta against Plaintiff Bisch for his speaking out in 2021.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge or belief based on reliable information, that I have personal knowledge of the facts stated above, and that, if sworn as a witness, I would be competent to testify thereto.

Executed this 30th Day of June, 2023, in San Mateo, California.



SANJIV N. SINGH

SINGH EXHIBIT 5

| | |
|---|---|
| **From:** | Strand, Susan |
| **To:** | Rosie Ledesma |
| **Cc:** | Jennifer Gilbert; Adrienne Heinig; Goularte, Traci; Kristine DeGuerre; Marissa Juhler; Pamela Hedrick; Maris Samsel |
| **Subject:** | Re: County Letter to Yolo Food Bank Board |
| **Date:** | Saturday, March 19, 2022 8:47:23 PM |
| **Attachments:** | 2022-0318-FINAL Letter to YFB Board.pdf |

Wow, that's an excellent letter.  Thanks so much for sharing it Rosie.  I have been so upset by this situation.  It is great to finally see the unethical actions of Michael Bisch finally being fully addressed in public.
Susan

On Mar 18, 2022, at 7:12 PM, Rosie Ledesma <rosie.ledesma@cityofwoodland.org> wrote:

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Forwarding in case you haven't seen this.

Thank you, Yolo County! (Aka Marissa!)

**From:** Ken Hiatt <Ken.Hiatt@cityofwoodland.org>
**Sent:** Friday, March 18, 2022 6:41:48 PM
**To:** Mayra Vega <Mayra.Vega@cityofwoodland.org>; Vicky Fernandez <Vicky.Fernandez@cityofwoodland.org>; Rich Lansburgh <Rich.Lansburgh@cityofwoodland.org>; Tom Stallard <Tom.Stallard@cityofwoodland.org>; Tania Garcia Cadena <Tania.GarciaCadena@cityofwoodland.org>
**Cc:** Rosie Ledesma <Rosie.Ledesma@cityofwoodland.org>
**Subject:** FW: County Letter to Yolo Food Bank Board

Council,

Forwarding the attached communication from Yolo County to the Board of the Yolo Food Bank.  The letter was prompted by recent actions taken by the Food Bank that have impacted various food recovery organizations in the County.  The Food Bank executive director continues to challenge the County and city's approach to implementation of SB 1383 in spite of our collective efforts to try and work collaboratively with them.

I will keep you informed as this situation evolves.

Ken

**From:** Chad Rinde <Chad.Rinde@yolocounty.org>
**Sent:** Friday, March 18, 2022 5:09 PM
**To:** Tom@mullerag.com; jdurst@durstorganicgrowers.com;
Westsacramento@groceryoutlet.com; hartmad3@sutterhealth.org;
MattMariani@MarianiNut.com; danramos@ramco-ent.com; esspang@ucdavis.edu;
kate.stille@nuggetmarket.com; LWalker@thatsmybank.com
**Cc:** Philip Pogledich <Philip.Pogledich@yolocounty.org>; Mike Webb
(MWebb@cityofdavis.org) <mwebb@cityofdavis.org>; Aaron Laurel
<aaronl@cityofwestsacramento.org>; Kathleen Trepa
<kathleen.trepa@cityofwinters.org>; Ken Hiatt <Ken.Hiatt@cityofwoodland.org>;
michael <michael@yolofoodbank.org>
**Subject:** County Letter to Yolo Food Bank Board

Good evening Yolo Food Bank Board of Directors,

Attached, please find a letter that I am sending on behalf of the Yolo County Board of
Supervisors. I would appreciate if you can ensure that your full board has received a
copy. While we endevoured to send electronically to the full board, I was unable to
obtain an e-mail for Ms. Schmitz and a thus a hard copy was be sent to her attention.

Thank you,

**Chad D. Rinde, CPA**
Interim County Administrator
County of Yolo
Off:  (530) 666-8050

This message may contain confidential information. If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, re-transmit, disseminate, or otherwise use the information. Also, please indicate to the sender that you have received this email in error, and delete the copy you received. The sender does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. E-mail correspondence with the City, including attachments, may be subject to the California Public Records Act, and as such may be subject to public disclosure unless otherwise exempt by the Act. [THIS EMAIL ORIGINATED FROM OUTSIDE YOLO COUNTY. PLEASE USE CAUTION AND VALIDATE THE AUTHENTICITY OF THE EMAIL PRIOR TO CLICKING ANY LINKS OR PROVIDING ANY INFORMATION. IF YOU ARE UNSURE, PLEASE CONTACT THE HELPDESK (x5000) FOR ASSISTANCE]

SINGH EXHIBIT 6

| From: | Jennifer Gilbert |
|---|---|
| To: | Marissa Juhler; Goularte, Traci; "Rosie Ledesma"; Susan Strand (susanst@cityofwestsacramento.org); Adrienne Heinig |
| Cc: | Pamela Hedrick |
| Subject: | RE: EFR Community Engagement |
| Date: | Tuesday, May 31, 2022 4:51:21 PM |

Thank you Marissa!

FYI, I just saw this in the Davis Enterprise:

# Food bank announces departure of executive director

## BY ANNE TERNUS-BELLAMY

MAY 31, 2022

The Yolo Food Bank board of directors announced Tuesday that Michael Bisch is no longer serving as executive director and is leaving the organization effective immediately. Bisch has served in the role since 2018.

"Our board has decided that the organization needs to move in a different direction and that the first step in that process is to install a new executive director," said YFB board member Kate Stille. "We're very appreciative of the work that Michael did over the past four years to help put the Food Bank on a positive path forward, and we wish him the best of luck."

The board also announced that it is immediately starting a search for a new executive director.

"The Yolo Food Bank is on very solid footing and with the talent and skills of our dedicated employees, and the continued support of our donors and volunteers, we're confident moving forward that we'll build further on our success in serving the Yolo County community," said Stille.

https://www.davisenterprise.com/news/food-bank-announces-departure-of-executive-director/

---

**From:** Marissa Juhler <Marissa.Juhler@yolocounty.org>
**Sent:** Tuesday, May 31, 2022 12:25 PM
**To:** Jennifer Gilbert <JGilbert@cityofdavis.org>; Goularte, Traci <tracig@cityofwestsacramento.org>; 'Rosie Ledesma' <Rosie.Ledesma@cityofwoodland.org>; Susan Strand (susanst@cityofwestsacramento.org) <susanst@cityofwestsacramento.org>; Adrienne Heinig <AHeinig@cityofdavis.org>
**Cc:** Pamela Hedrick <Pamela.Hedrick@yolocounty.org>
**Subject:** EFR Community Engagement

CAUTION: **External email. Please verify sender before opening attachments or clicking on links.**

All,

This is basically the brain dump I gave to County Counsel to backup or dispute the false claims in letter from the YFB. It is not all encompassing but clearly shows we did engage with the YFB, and specifically with Nugget Markets. It also highlights the toolkit we provided to the Tier 1 generators as the stakeholder meeting. I hope you find this helpful. I'm just sticking it in my SB 1383 Edible Food Recovery folder for when CalRecycle asks for backup. I'm not sure at this point that the engagement timeline/details have been provided to the YFB Board Members in any form. I was told to leave that up to the Board Members who received the letter.

Sincerely,

*Marissa Juhler*

Landfill Operations & Waste Reduction Manager
Integrated Waste Management Division
Yolo County Central Landfill
(530) 666-8813

[THIS EMAIL ORIGINATED FROM OUTSIDE YOLO COUNTY. PLEASE USE CAUTION AND VALIDATE THE AUTHENTICITY OF THE EMAIL PRIOR TO CLICKING ANY LINKS OR PROVIDING ANY INFORMATION. IF YOU ARE UNSURE, PLEASE CONTACT THE HELPDESK (x5000) FOR ASSISTANCE]

SINGH EXHIBIT 7

| | |
|---|---|
| **From:** | Marissa Juhler |
| **To:** | Jennifer Gilbert (jgilbert@cityofdavis.org); Goularte, Traci; "Rosie Ledesma"; Susan Strand (susanst@cityofwestsacramento.org); Adrienne Heinig |
| **Cc:** | Pamela Hedrick |
| **Subject:** | EFR Community Engagement |
| **Date:** | Tuesday, May 31, 2022 12:25:23 PM |
| **Attachments:** | SB 1383 Edible Food Recovery - Engagement Timeline (4).pdf |

All,

This is basically the brain dump I gave to County Counsel to backup or dispute the false claims in letter from the YFB.  It is not all encompassing but clearly shows we did engage with the YFB, and specifically with Nugget Markets.  It also highlights the toolkit we provided to the Tier 1 generators as the stakeholder meeting.  I hope you find this helpful.  I'm just sticking it in my SB 1383 Edible Food Recovery folder for when CalRecycle asks for backup.  I'm not sure at this point that the engagement timeline/details have been provided to the YFB Board Members in any form.  I was told to leave that up to the Board Members who received the letter.

Sincerely,

*Marissa Juhler*

Landfill Operations & Waste Reduction Manager
Integrated Waste Management Division
Yolo County Central Landfill
(530) 666-8813

SINGH EXHIBIT 7A

**Yolo County SB 1383 Edible Food Recovery**

## COMMUNITY ENGAGEMENT

**Tier 1 Generators:**

- Partnered with Yolo Food Bank to write and secure CalRecycle Food Rescue Grant funding for SB 1383 expansion.   Used funding to educate Tier 1 and Tier 2 generators about new law.
  - <u>January 2019</u> – Mailed out general Edible Food Recovery (EFR) flyer to the 77 Tier 1 and Tier 2 Generators informing of the upcoming 1/1/22 regulations.
  - <u>January 2020</u> - Mailed out general Edible Food Recovery flyer to the 77 Tier 1 and Tier 2 Generators informing of the upcoming 1/1/22 regulations.
- Used grant funding to hire intern to conduct site visits, perform education and outreach, and engage community (restaurants, grocers, and retailers) in SB 1383 process.  Internship was designed to gain a better understanding of how SB 1383 EFR regulations would impact these stakeholders.  As Yolo County went through the process, we learned that many of the sites would ultimately get exempted as the regulation definitions of Tier 1 and Tier 2 were further refined. Here is a list of the generators involved in this initial outreach:
  - Grocery Outlet, Ho Ho Market, Noah's Bagels and Panera in Davis
  - Holland Market in Clarksburg
  - La Rosa Meat Market in West Sac
  - Dollar General in Esparto
  - Big Lots in Woodland
  - Preserve in Winters
- <u>July 2021</u> – Mailed out invitation to the list of the 44 Tier 1 Generators requesting their participation in our community engagement stakeholder workshop/Zoom meeting, seeking industry feedback and collaboration.   Below is a sample of that invitation.   Out of the 44 Tier 1 generators contacted only 10 grocers attended the stakeholder workshop. (1) Nugget who was also a co-presenter, (2) Save Mart, (3) Esparto Valley Food Market, (4) Lorenzo's Market, (5) West Lake Market, (6) Davis Food Co-Op and four others that did not list their grocer names in the chat.
- <u>January 2022 to Current</u> – Environmental Health (EH) has been conducting health inspections and educating staff at each Tier 1 location about the requirements of SB 1383.  All "violations" are educational at this point allowing time for the generators to obtain proper documentation to comply.

**Yolo Food Bank** – Communications with Yolo Food Bank and the County's Consultants, TCM and Abound, and regarding the SB1383 Regulations and Tier 1 Generators:

1. Michael Bisch Calendar Calls:

- · 11/13/20, (Yolo County and YFB) – 11am-12pm
- · 03/08/21, (Yolo County Integrated Waste management (IWM), YFB, CalRecycle Legal Team, Cara Morgan, and County Counsel) – 3-4pm
- · 06/04/21, 3-3:30pm (Michael Bisch + Kate Stille + Consultants)
- · 06/28/21, 1:15-2:15pm (Michael Bisch + Abound)

2. Attended Waste Expo Panel in Las Vegas with Michael Bisch:

· 06/29/21-6/30/21

3. Yolo County In-Person Visits:

· 06/24/19 (Yolo County and Michael Bisch)

· 12/16/19 (Yolo County, Zane Hatfield, and Courtney Brant; Recycling Intern)

· 06/21/21 (TCM, Abound and YFB)

**Nugget Market:**

2/16/21 – Had meeting with Kate Stille (Nugget Market Owner and YFB Board Member) to review Yolo County's SB 1383 plans and discussed Feeding America Guidelines.  A wrap up of that meeting was document in an email arranging for a tour of Nugget Markets to use them as our example of how a successful Tier 1 program would look like.  Kate provided sample posters for us to work with and confirmed that the YFB is being charged a fee from Feeding America to partner.  Kate Stille's information proved to be critical in our discussions and development of SB 1383 Edible Food Recovery roll out to ensure that IWM nor EH mandated the use of Feeding America guidelines for the smaller pantries.  If we had mandated the use of Feeding America Guidelines for the smaller pantries, this could have resulted in them having to pay a fee too.  Since CDPH does not require the use of Feeding America, our stakeholder meeting message allowed for use of other similar guidelines.

3/1/21 – Yolo County's IWM and EH Divisions along with City of West Sacramento recycling staff participated in a tour hosted by Shea Robinson (Nugget's Sustainability Coordinator) to learn about their successful Edible Food Recovery program.

7/27/21 – Corresponded with Kate Stille and Shea Robinson on Tier 1 Stakeholder Meeting Invitation.  Kate stated that since the two of them received the invitation and were in the loop on all our SB 1383 efforts, we did not need to send an invite to each of their store managers.

8/11/21 – Provided Kate Still and Shea Robinson with a copy of our portion of the slide show for the Tier 1 Generator stakeholder meeting.

8/18/21 - In return, Kate Stille provided us a copy of her Power Point so that we didn't duplicate any information for the stakeholder presentation.

8/26/21 – Kate Stille corresponded via email that the poster was approved for use for our regional efforts.

August 25, 2021 - Attached you will also find the five documents that were provided to all Tier 1 Generators as part of our August 25, 2021 stakeholder meeting.  This toolkit included a copy of the Power Point presentation from the County, Cal Recycle, Nugget Markets and Environmental Health.  As part of this toolkit Yolo County also provided sample educational posters for Tier 1 generators to print out and share with staff to prepare them for the regulatory deadline of 1/1/22.  Additionally, EH provided a sample inspection form so that all Tier 1 generators would know what to expect during their site visits starting in 2022.

**Waste Advisory Committee (WAC):**

Since January of 2021, Yolo County has provided a monthly update to the WAC and members of the public, on the status of our work in expanding Edible Food Recovery in Yolo County per the SB 1383.



SINGH EXHIBIT 8

| | |
|---|---|
| **From:** | Jim Provenza |
| **To:** | Chad Rinde |
| **Subject:** | Re: County Letter to Yolo Food Bank Board |
| **Date:** | Saturday, March 19, 2022 11:04:01 AM |
| **Attachments:** | 2022-0318-FINAL Letter to YFB Board.pdf |

Thank you. Excellent letter.

Sent from my iPhone

> On Mar 18, 2022, at 5:13 PM, Chad Rinde <Chad.Rinde@yolocounty.org> wrote:

Good afternoon Members of the Board,

I sent the attached letter and below e-mail to the Food Bank Board of Directors a few minutes ago. I did not copy you on the original e-mail to avoid a dialogue that would create a Brown Act issue if members of their board replied all as part of a reaction to the letter.

Please don't hesitate to reach out to me if you have any questions. I hope that you have an enjoyable weekend,

**Chad D. Rinde, CPA**
Interim County Administrator
County of Yolo
Off:  (530) 666-8050
Cell: (916) 640-6343

---

**From:** Chad Rinde
**Sent:** Friday, March 18, 2022 5:09 PM
**To:** Tom@mullerag.com; jdurst@durstorganicgrowers.com; Westsacramento@groceryoutlet.com; hartmad3@sutterhealth.org; MattMariani@MarianiNut.com; danramos@ramco-ent.com; esspang@ucdavis.edu; kate.stille@nuggetmarket.com; LWalker@thatsmybank.com
**Cc:** Philip Pogledich <Philip.Pogledich@yolocounty.org>; Mike Webb (MWebb@cityofdavis.org) <mwebb@cityofdavis.org>; Aaron Laurel <aaronl@cityofwestsacramento.org>; Kathleen Trepa <kathleen.trepa@cityofwinters.org>; Ken Hiatt <Ken.Hiatt@cityofwoodland.org>; michael@yolofoodbank.org
**Subject:** County Letter to Yolo Food Bank Board

Good evening Yolo Food Bank Board of Directors,

Attached, please find a letter that I am sending on behalf of the Yolo County Board of Supervisors. I would appreciate if you can ensure that your full board has received a copy. While we endevoured to send electronically to the full board, I was unable to obtain an e-mail for Ms. Schmitz and a thus a hard copy was be sent to her attention.

Thank you,

**Chad D. Rinde, CPA**
Interim County Administrator
County of Yolo
Off:  (530) 666-8050

SINGH EXHIBIT 9

| | |
|---|---|
| **From:** | Dan Ramos |
| **To:** | Mike Webb |
| **Subject:** | RE: County Letter to Yolo Food Bank Board |
| **Date:** | Friday, March 18, 2022 5:54:26 PM |
| **Attachments:** | image001.jpg |

**CAUTION: External email. Please verify sender before opening attachments or clicking on links.**

Mike ,

Yes – and thanks again for the heads up.

I been in contact with Oscar, Don S , Don B and Aaron as well as other YFB Board members. We will get this under control and resolve all issues .

Thanks again – have a great weekend,

Dan

*Daniel F. Ramos*



1450 Harbor Blvd., Suite B
West Sacramento, CA 95691
(916) 372-6170 office
(916) 254-5372 facsimile
(916) 919-1824 cellular

*Siempre Adelante*

---

**From:** Mike Webb [mailto:MWebb@cityofdavis.org]
**Sent:** Friday, March 18, 2022 5:51 PM
**To:** Dan Ramos
**Subject:** Fwd: County Letter to Yolo Food Bank Board

Assuming you got this already but wanted to be sure. All the cities and Councils are most concerned about this.

Begin forwarded message:

> **From:** Chad Rinde <Chad.Rinde@yolocounty.org>
> **Date:** March 18, 2022 at 5:09:21 PM PDT
> **To:** Tom@mullerag.com, jdurst@durstorganicgrowers.com,

Westsacramento@groceryoutlet.com, hartmad3@sutterhealth.org,
MattMariani@marianinut.com, danramos@ramco-ent.com, esspang@ucdavis.edu,
kate.stille@nuggetmarket.com, LWalker@thatsmybank.com
**Cc:** Philip Pogledich <Philip.Pogledich@yolocounty.org>, Mike Webb
<MWebb@cityofdavis.org>, Aaron Laurel <aaronl@cityofwestsacramento.org>,
Kathleen Trepa <kathleen.trepa@cityofwinters.org>, "ken.hiatt"
<ken.hiatt@cityofwoodland.org>, michael <michael@yolofoodbank.org>
**Subject: County Letter to Yolo Food Bank Board**

**CAUTION: External email. Please verify sender before opening attachments or clicking on links.**

Good evening Yolo Food Bank Board of Directors,

Attached, please find a letter that I am sending on behalf of the Yolo County Board of Supervisors. I would appreciate if you can ensure that your full board has received a copy. While we endevoured to send electronically to the full board, I was unable to obtain an e-mail for Ms. Schmitz and a thus a hard copy was be sent to her attention.

Thank you,

**Chad D. Rinde, CPA**
Interim County Administrator
County of Yolo
Off: (530) 666-8050

SINGH EXHIBIT 10

**Ellena Branson**

---

| | |
|---|---|
| **From:** | Kathleen Trepa |
| **Sent:** | Saturday, March 19, 2022 12:07 PM |
| **To:** | Jesse Loren |
| **Subject:** | Re: [EXTERNAL]County Letter to Yolo Food Bank Board |
| **Attachments:** | 2022-0318-FINAL Letter to YFB Board.pdf |

Just seeing this email now. K

Kathleen Trepa
City of Winters

> On Mar 19, 2022, at 9:54 AM, Jesse Loren <jesse.loren@cityofwinters.org> wrote:
>
> I heard about this earlier yesterday. It seems like a gossip based letter targeting Michael Bisch. He and the BOS have been having trouble over SB 1383 for quite some time. I'm hoping to stay out of it.
> I watched a July 2021 meeting where Oscar went after YFB and it was very discouraging. There's always politics behind the scenes.
> Jesse
>
> Jesse Loren
> Cell 530-554-8087

> On Mar 18, 2022, at 10:16 PM, Kathleen Trepa <kathleen.trepa@cityofwinters.org> wrote:
>
> Good evening. Please see attached letter from the County to Yolo Food Bank. Please feel free to cal me if you have any questions.
>
> Thank you,
>
> Kathleen Trepa
> City of Winters
>
> Begin forwarded message:
>
> > **From:** Chad Rinde <chad.rinde@yolocounty.org>
> > **Date:** March 18, 2022 at 5:09:22 PM PDT
> > **To:** Tom@mullerag.com, jdurst@durstorganicgrowers.com,
> > Westsacramento@groceryoutlet.com, hartmad3@sutterhealth.org,
> > MattMariani@marianinut.com, danramos@ramco-ent.com,
> > esspang@ucdavis.edu, kate.stille@nuggetmarket.com,
> > LWalker@thatsmybank.com
> > **Cc:** Philip Pogledich <Philip.Pogledich@yolocounty.org>, "Mike Webb

WINTERS CPRA000005