**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL BISCH, an individual, | Case No.**:** 2:23-cv-00455-MCE-DB |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| COUNTY OF YOLO, CALIFORNIA, a public corporation; CITY OF WEST SACRAMENTO, a public corporation; CITY OF DAVIS, a public corporation; CITY OF WOODLAND, a public corporation; ANGEL BARAJAS, an individual; OSCAR VILLEGAS, an individual; CHAD RINDE, an individual; AARON LAUREL, an individual; KEN HIATT, an individual; MICHAEL WEBB, an individual; DONALD SAYLOR, an individual; and DOES 1 through 50, inclusive, | |
| Defendants. | |

**[PROPOSED] ORDER**

Good cause appearing, Plaintiff Michael Bisch is granted leave to file the sur-reply attached as Exhibit A to Plaintiff's Application for Leave to File Sur-Reply.

**IT IS SO ORDERED.**

DATED:_____

HON. MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE