SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION
Sanjiv N. Singh, Esq. (SBN 193525)
1700 S. El Camino Real Suite 503
San Mateo, CA 94402
Phone: (650) 389-2255
Email: ssingh@sanjivnsingh.com

INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION
Michael B. Indrajana, Esq. (SBN 258329)
1700 S. El Camino Real Suite 503
San Mateo, CA 94402
Phone: (650) 597-0928
Email: michael@indrajana.com

Attorneys for Plaintiff MICHAEL BISCH

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL BISCH, an individual,<br><br>                Plaintiff,<br><br>vs.<br><br>COUNTY OF YOLO, CALIFORNIA, a public corporation; CITY OF WEST SACRAMENTO, a public corporation; CITY OF DAVIS, a public corporation; CITY OF WOODLAND, a public corporation; ANGEL BARAJAS, an individual; OSCAR VILLEGAS, an individual; CHAD RINDE, an individual; AARON LAUREL, an individual; KEN HIATT, an individual; MICHAEL WEBB, an individual; DONALD SAYLOR, an individual; and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No.**:** 2:23-cv-00455-MCE-DB<br><br>**PLAINTIFF'S NOTICE OF ERRATA TO THIRD JOINT STATUS REPORT** |

# NOTICE OF ERRATA

In connection with the Third Joint Status Report filed on January 19, 2024 (ECF Dkt. No. 25), Plaintiff Michael Bisch hereby notes the following error:

At page 4:3-7 (¶ 10), the phrase which states "discovery motion order was not likely void or voidable" should read "**discovery motion order was likely void of voidable**." The word "not" was a typo. The intended meaning and need for this typographical error is evidenced by the overall context and content of Plaintiff's section of the report and the statements of the Ex Parte Brief (*see* Exhibit 2 to the Joint Status Report (Ex Parte MPA) at 3:9-22.) on the relevant issues.

Plaintiff apologizes to the Court for any confusion or inconvenience due to this error.

Dated:  January 21, 2024              Respectfully Submitted,

SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION

By:*/s/ Sanjiv N. Singh*
    Sanjiv N. Singh
Attorneys for Plaintiff Michael Bisch


INDRAJANA LAW GROUP, A PROFESSIONAL CORPORATION


By: */s/ Michael B. Indrajana*
     Michael B. Indrajana
Attorneys for Plaintiff Michael Bisch

- 1 -