SANJIV N. SINGH, A PROFESSIONAL
LAW CORPORATION
Sanjiv N. Singh, Esq. (SBN 193525)
1700 S. El Camino Real Suite 503
San Mateo, CA 94402
Phone: (650) 389-2255
Email: ssingh@sanjivnsingh.com

INDRAJANA LAW GROUP, A
PROFESSIONAL
LAW CORPORATION
Michael B. Indrajana, Esq. (SBN 258329)
1700 S. El Camino Real Suite 503
San Mateo, CA 94402
Phone: (650) 597-0928
Email: michael@indrajana.com

Attorneys for Plaintiff MICHAEL BISCH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BISCH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF YOLO, CALIFORNIA, a public corporation; CITY OF WEST SACRAMENTO, a public corporation; CITY OF DAVIS, a public corporation; CITY OF WOODLAND, a public corporation; ANGEL BARAJAS, an individual; OSCAR VILLEGAS, an individual; CHAD RINDE, an individual; AARON LAUREL, an individual; KEN HIATT, an individual; MICHAEL WEBB, an individual; DONALD SAYLOR, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00455-MCE-DB<br><br>**NOTICE OF ERRATA REGARDING PLAINTIFF'S PORTION OF FIFTH JOINT STATUS REPORT** |

## NOTICE OF ERRATA REGARDING PLAINTIFF'S PORTION OF

## FIFTH JOINT STATUS REPORT

Plaintiff's counsel apologizes to the Court that in the rush of making the deadline to file the Status Report this evening (March 20, 2024), the version filed was not a proofed final.  There were several inadvertent typos.  The corrections do not change the substance of the filing, but out of respect to the Court and the record, Plaintiff submits the following corrections:

1. At 1:16:  "launched" should say "launched an"

2. At 1:21:  "Plaintiff's believe" should say "Plaintiff believes"

3. At 2:1:  "Plaintiffs dispute" should say "Plaintiff disputes"

4. At 3:13:  "Defendant's" should be "Defendants'"

5. At 3:17:  "Plaintiffs" should be "Plaintiff"

6. At 4:23: "May 20" should say "March 20"

Plaintiff's counsel humbly apologize again for these errors and will take steps to ensure an unproofed document is not filed like this again.

Dated:  March 21, 2024       Respectfully Submitted,

SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION

By:  */s/ Sanjiv N. Singh*
        Sanjiv N. Singh

Attorneys for Plaintiff Michael Bisch

INDRAJANA LAW GROUP, A PROFESSIONAL CORPORATION

By:  */s/ Michael B. Indrajana*
        Michael B. Indrajana

Attorneys for Plaintiff Michael Bisch