SERENA M. WARNER, ESQ., SB. No. 264799
  Email: swarner@akk-law.com
JACOB J. GRAHAM, ESQ., SB No. 340295
  Email: jgraham@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants COUNTY OF YOLO, CITY OF DAVIS, CITY OF WOODLAND, CITY OF WEST SACRAMENTO, ANGEL BARAJAS, OSCAR VILLEGAS, DONALD SAYLOR, CHAD RINDE, AARON LAUREL, KEN HIATT, and MICHAEL WEBB

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BISCH, an individual, | Case No.: 2:23-cv-00455-MCE-DB |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| COUNTY OF YOLO, et al., | |
| Defendants. | |

Plaintiff MICHAEL BISCH ("Plaintiff") and Defendants County Of Yolo, City Of Davis, City Of Woodland, City Of West Sacramento, Angel Barajas, Oscar Villegas, Donald Saylor, Chad Rinde, Aaron Laurel, Ken Hiatt, and Michael Webb ("Defendants") (collectively, "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Defendants previously filed a Motion to Dismiss and an Anti-SLAPP Motion in this matter that were denied without prejudice as a result of a stay that has since been lifted (ECF Nos. 22, 33);

WHEREAS, Plaintiff has agreed to produce potentially relevant evidence that may impact the scope of Defendants' motions;

WHEREAS, the Parties agree that additional time is necessary for Plaintiff to produce this

-1-
STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

1  evidence and for Defendants to review the materials before re-filing the Motion to Dismiss and
2  Anti-SLAPP Motion;
3      NOW, THEREFORE, the Parties stipulate and agree that Defendants' deadline to re-file
4  the Motion to Dismiss and Anti-SLAPP Motion shall be extended to September 26, 2024.

6  IT IS SO STIPULATED.

8  Dated: September 9, 2024          ANGELO, KILDAY & KILDUFF, LLP

                                           /s/ *Jacob J. Graham*
                                    By:_____
                                        SERENA M. WARNER
                                        JACOB J. GRAHAM
                                        Attorneys for Defendants COUNTY OF
                                        YOLO, CITY OF DAVIS, CITY OF
                                        WOODLAND, CITY OF WEST
                                        SACRAMENTO, ANGEL BARAJAS,
                                        OSCAR VILLEGAS, DONALD
                                        SAYLOR, CHAD RINDE, AARON
                                        LAUREL, KEN HIATT, and MICHAEL
                                        WEBB

17 Dated:                            SANJIV N. SINGH, A PROFESSIONAL
                                     LAW CORPORATION

                                           /s/ *Sanjiv N. Singh*
                                           (as authorized on 9.6.24)
                                    By:_____
                                        SANJIV N. SINGH
                                        Attorneys for Plaintiff MICHAEL BISCH

23 Dated:                            INDRAJANA LAW GROUP, A
                                     PROFESSIONAL CORPORATION

                                           /s/ *Michael B. Indrajana*
                                           (as authorized on 9.6.24)
                                    By:_____
                                        MICHAEL B. INDRAJANA
                                        Attorneys for Plaintiff MICHAEL BISCH

**ORDER**

IT IS HEREBY ORDERED Defendants' deadline to re-file the Motion to Dismiss and Anti-SLAPP Motion shall be extended to September 26, 2024.

IT IS SO ORDERED.

Dated: September 9, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE