1  SERENA M. WARNER, ESQ., SB. No. 264799
     Email: swarner@akk-law.com
2  JACOB J. GRAHAM, ESQ., SB No. 340295
     Email: jgraham@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
   Attorneys at Law
4  601 University Avenue, Suite 150
   Sacramento, CA  95825
5  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
6

7

8  Attorneys for Defendants COUNTY OF YOLO, CITY OF DAVIS, CITY OF WOODLAND, CITY OF WEST SACRAMENTO, ANGEL BARAJAS, OSCAR VILLEGAS, DONALD SAYLOR, CHAD RINDE, AARON LAUREL, KEN HIATT, and MICHAEL WEBB

9

10                      **UNITED STATES DISTRICT COURT**

11                      **EASTERN DISTRICT OF CALIFORNIA**

12

13  MICHAEL BISCH, an individual,          )  Case No.: 2:23-cv-00455-MCE-DB
                                           )
14                          Plaintiff,     )  **STIPULATION AND [proposed] ORDER**
                                           )  **TO EXTEND TIME TO RESPOND TO**
15            vs.                          )  **COMPLAINT**
                                           )
16                                         )
    COUNTY OF YOLO, et al.,                )
17                                         )
                                           )
18  _____Defendants.____)

19         Plaintiff MICHAEL BISCH ("Plaintiff") and Defendants County of Yolo, City of Davis,

20  City of Woodland, City of West Sacramento, Angel Barajas, Oscar Villegas, Donald Saylor, Chad

21  Rinde, Aaron Laurel, Ken Hiatt, and Michael Webb ("Defendants") (collectively, "Parties"), by

22  and through their respective counsel, hereby stipulate as follows:

23         WHEREAS, Defendants previously filed a Motion to Dismiss and an Anti-SLAPP Motion

24  in this matter that were denied without prejudice as a result of a stay that has since been lifted

25  (ECF Nos. 22, 33);

26         WHEREAS, Plaintiff has agreed to produce to Defendants potentially relevant evidence

27  from the related state court matter that may impact the scope of Defendants' motions and has been

28  doing so;

1    WHEREAS, the Parties agreed that additional time was necessary for Plaintiff to produce
2  this evidence and for Defendants to review the materials before re-filing the Motion to Dismiss
3  and Anti-SLAPP Motion;

4    WHEREAS, the Parties previously stipulated and agreed that Defendants' deadline to re-
5  file the Motion to Dismiss and Anti-SLAPP Motion would be extended to September 26, 2024;

6    WHEREAS, since the Parties' previous stipulation, the Parties conferred further and
7  determined additional time is necessary because Plaintiff is offering to provide detailed written
8  analysis on the new deposition evidence and related exhibits, which Defendants had not seen and
9  Plaintiff anticipates getting that analysis to Defendants by Friday September 20, 2024;

10   WHEREAS, since the Parties previous stipulation, Plaintiff's deposition in the related state
11  court matter was scheduled for September 23, 2024, which Defendants' counsel in this matter will
12  attend, and this deposition is also potentially relevant to the decision of whether to refile similar
13  motions or otherwise answer or respond.

14   NOW, THEREFORE, the Parties stipulate and agree that Defendants' deadline to re-file
15  the Motion to Dismiss and Anti-SLAPP Motion shall be extended to October 4, 2024.

16

17  IT IS SO STIPULATED.

18

19   Dated: September 19, 2024                ANGELO, KILDAY & KILDUFF, LLP

20                                            /s/ Serena M. Warner
21                                     By:_____
                                            SERENA M. WARNER
22                                          JACOB J. GRAHAM
                                            Attorneys for Defendants COUNTY OF
23                                          YOLO, CITY OF DAVIS, CITY OF
                                            WOODLAND, CITY OF WEST
24                                          SACRAMENTO, ANGEL BARAJAS,
                                            OSCAR VILLEGAS, DONALD
25                                          SAYLOR, CHAD RINDE, AARON
                                            LAUREL, KEN HIATT, and MICHAEL
26                                          WEBB
27

28

1   Dated:  September 19, 2024                    SANJIV  N.  SINGH,  A  PROFESSIONAL
2                                                 LAW CORPORATION
3                                                          /s/ *Sanjiv N. Singh*
                                                           (as authorized on 9.19.24)
4                                                 By:_____
5                                                    SANJIV N. SINGH
                                                     Attorneys for Plaintiff MICHAEL BISCH
6
7   Dated:  September 19, 2024                    INDRAJANA      LAW      GROUP,     A
                                                  PROFESSIONAL CORPORATION
8
                                                           /s/ *Michael B. Indrajana*
9                                                          (as authorized on 9.19.24)
10                                                By:_____
                                                     MICHAEL B. INDRAJANA
11                                                   Attorneys for Plaintiff MICHAEL BISCH
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [proposed] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

1

**ORDER**

2

3          **IT IS HEREBY ORDERED** Defendants' deadline to re-file the Motion to Dismiss and

4     Anti-SLAPP Motion shall be extended to October 4, 2024.

5

6      Dated:  September 19, 2024

7                                                     _____

8                                                     MORRISON C. ENGLAND JR.
                                                     SENIOR UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28