1  SERENA M. WARNER, ESQ., SB. No. 264799
      Email: swarner@akk-law.com
2  KEVIN J. DEHOFF, ESQ., SB No. 252106
      Email: kdehoff@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
4  Attorneys at Law
5  601 University Avenue, Suite 150
   Sacramento, CA  95825
6  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
7  Attorneys for Defendants COUNTY OF YOLO, CITY OF DAVIS, CITY OF WOODLAND,
8  CITY OF WEST SACRAMENTO, ANGEL BARAJAS, OSCAR VILLEGAS, DONALD
   SAYLOR, CHAD RINDE, AARON LAUREL, KEN HIATT, and MICHAEL WEBB
9
10 SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION
   Sanjiv N. Singh, Esq. (SBN 193525)
11 1700 S. El Camino Real Suite 503
   San Mateo, CA 94402
12 Phone: (650) 389-2255
   Email: ssingh@sanjivnsingh.com
13
14 INDRAJANA LAW GROUP, A PROFESSIONAL
   LAW CORPORATION
15 Michael B. Indrajana, Esq. (SBN 258329)
   1700 S. El Camino Real Suite 503
16 San Mateo, CA 94402
17 Phone: (650) 597-0928
   Email: michael@indrajana.com
18 Attorneys for Plaintiff MICHAEL BISCH

19                **UNITED STATES DISTRICT COURT**

20            **EASTERN DISTRICT OF CALIFORNIA**

21 | MICHAEL BISCH, an individual, | ) | Case No.: 2:23-cv-00455-DC-SCR |
|---|---|---|
22 | | ) | |
| Plaintiff, | ) | **JOINT ADMINISTRATIVE MOTION** |
23 | | ) | **PURSUANT TO LOCAL RULE 233 FOR** |
| vs. | ) | **BRIEFING SCHEDULE ADJUSTMENT** |
24 | | ) | **REGARDING DEFENDANTS' MOTION** |
25 | COUNTY OF YOLO, et al., | ) | **TO DISMISS AND MOTION TO STRIKE** |
| | ) | Dept:  Courtroom 8, 13th Floor |
26 | Defendants. | ) | Judge:  Hon. Dena Coggins |
| | ) | Trial Date: Not Set |
27 | | ) | Action Filed: March 10, 2023 |
28

---

JOINT ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 233 FOR CONTINUANCE OF
HEARING AND BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION TO DISMISS AND
MOTION TO STRIKE

**ADMINISTRATIVE MOTION**

Pursuant to Local Rule 233, Plaintiff Michael Bisch ("Plaintiff") and Defendants County of Yolo, City of Davis, City of Woodland, City of West Sacramento, Angel Barajas, Oscar Villegas, Donald Saylor, Chad Rinde, Aaron Laurel, Ken Hiatt, and Michael Webb ("Defendants") jointly move for a further revision of the briefing schedule for Defendants' motion to dismiss (Dkt. No. 39) and motion to strike (Dkt. No. 40). The hearing for both motions is currently noticed for December 12, 2024, although the hearing itself was taken off calendar by Judge Morrison England before his retirement.

As this Court is aware, there have been three minor adjustments in connection with Defendants' motions. First, the Plaintiff granted Defendants a modest extension to file their motions, which extension was used and Defendants filed a day before their deadline as set forth above. Second, pursuant to stipulation, which this court approved (Dkt. No. 44) on October 4, 2024, the parties this court approved revising the briefing schedule such that Plaintiff's opposition was due on November 2, 2024, and Defendants' reply was due on November 12, 2024. Third, pursuant to stipulation which this court approved (Dkt. No. 46), on October 27, 2024, this court approved revising the briefing schedule such that Plaintiff's opposition is currently  due on November 13, 2024, and Defendants' reply is currently due on November 22, 2024.

As specified in the prior administrative motion, the most recent need to revise the briefing schedule was due to Plaintiff's need for Defendant Yolo County to complete its production of documents in response to Plaintiff's Request for Production prior to Plaintiff filing his Oppositions to the pending motions. Defense counsel previously believed Yolo County would be able to complete its production by November 7. However, due to the scope of documents requested, specifically the number of email searches that the Yolo County still needs to complete, additional time is needed to produce the requested records.

In order to provide Plaintiff what he believes he needs to oppose the motions, counsel for the parties have agree to the following:

1.    Plaintiff's new Opposition Due Date to the aforementioned motions shall be December 20, 2024;

1   2.  Defendants' new Reply Due Date to said motions shall be January 10, 2025.

2   3.  Hearing Date: The hearing date for said motions will remain off calendar unless the

3 Court indicates otherwise.

4   For the reasons set forth above, the parties move the Court to grant this motion.

5

6 Dated:  November 6, 2024     ANGELO, KILDAY & KILDUFF, LLP

7

8                By:_____*/s/ Serena M. Warner*_____
                  SERENA M. WARNER

9                  Attorneys for Defendants COUNTY OF
                  YOLO, CITY OF DAVIS, CITY OF

10                 WOODLAND, CITY OF WEST

11                 SACRAMENTO, ANGEL BARAJAS,
                 OSCAR VILLEGAS, DONALD

12                 SAYLOR, CHAD RINDE, AARON

13                 LAUREL, KEN HIATT, and MICHAEL
                 WEBB

14

15 Dated:  November 6, 2024     ANJIV  N.  SINGH,  A  PROFESSIONAL
                 LAW CORPORATION

16

17                 (as authorized on 11/06/2024)
                 By: ___*/s/ Sanjiv Singh*_____

18                 SANJIV SINGH, Attorneys for Plaintiff
                 MICHAEL BISCH

19

20 Dated:  November 6, 2024     INDRAJANA LAW GROUP,
                 A PROFESSIONAL CORPORATION

21

22                 (as authorized on 11/06/2024)

23                 By: ___*/s/ Michael Indra*_____
                 MICHAEL INDRAJANA, Attorneys for

24                 Plaintiff MICHAEL BISCH

25

26

27

28

JOINT ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 233 FOR CONTINUANCE OF
HEARING AND BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION TO DISMISS AND
MOTION TO STRIKE

**PROPOSED ORDER**

In connection with the Parties' Joint Administrative Motion to Adjust the Briefing Schedule for Defendants' motion to dismiss (Dkt. No. 39) and motion to strike (Dkt. No. 40), which motions were filed on October 3, 2024, the Court rules as follows:

WHEREAS, the Parties have met and conferred as to the need for an adjustment to the current briefing schedule and concluded that discovery responses by Defendants will facilitate a better understanding of the issues;

WHEREAS Defendants need additional time beyond what was originally contemplated to complete its document production to Plaintiff due to the scope of the documents requested and the number of email searches required;

WHEREAS, the Parties have agreed to the following schedule as such:

1.    Plaintiff's new Opposition Due Date to the aforementioned motions shall be December 20, 2024;

2.    Defendants' new Reply Due Date to said motions shall be January 10, 2025.

3.    Hearing Date: The hearing date for said motions will remain off calendar unless the Court indicates otherwise.

WHEREAS, the Court finds the Parties have shown good cause for the briefing schedule to be modified and the changes will not materially impact the docket or scheduling in the matter or the Court,

NOW THEREFORE it is ordered that the modified briefing schedule set forth above is adopted.

IT IS SO ORDERED.

Dated:_____          _____
                                        Honorable District Court Judge Dena M. Coggins

JOINT ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 233 FOR CONTINUANCE OF HEARING AND BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE

CASE NAME:        *Bisch v. County of Yolo, et al.*
COURT:             USDC, Eastern District
CASE NO.          2:23-cv-00455-DC-SCR

## PROOF OF SERVICE

I am a citizen of the United States, employed in the County of Sacramento, State of California.  My business address is 601 University Avenue, Suite 150, Sacramento, California 95825.  I am over the age of 18 years and not a party to the above-entitled action.

On November 6, 2024, I served the parties in this action listed below the following document(s) described as: **JOINT ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 233 FOR BRIEFING SCHEDULE ADJUSTMENT REGARDING DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE**

The above-named document(s) were served by the following means (*specify*):

☒      BY ELECTRONIC SERVICE (to individual persons) - By electronically transmitting the document(s) listed above to the email address(es) of the person(s) set forth below, based on court order or agreement of the parties to accept service via electronic transmission.  The email address I used to transmit these documents is alynch@akk-law.com on this date.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. (CRC 2.251 or Fed.R.Civ.P.5(b)(E); Civ. Proc. section 1010.6.)

### SERVICE LIST

| **Attorneys for Plaintiff:** | **Attorneys for Plaintiff:** |
|---|---|
| Sanjiv N. Singh | Michael B. Indrajana |
| SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION | INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION |
| 1700 S. El Camino Real Suite 503 | 1700 S. El Camino Real Suite 503 |
| San Mateo CA 94402 | San Mateo CA 94402 |
| Email: ssingh@sanjivnsingh.com | Email: michael@indrajana.com |

☒      (*Federal*) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made . I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 6, 2024 at Sacramento, California.

*/s/ Aja Lynch*
AJA LYNCH

---