UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BISCH, | No. 2:23-cv-00455-DC-SCR |
| Plaintiff, | |
| v. | ORDER REFERRING MOTIONS TO MAGISTRATE JUDGE |
| YOLO COUNTY, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), the pending motions filed by Defendants on October 3, 2024 (Doc. Nos. 39, 40) are hereby referred to United States Magistrate Judge Sean C. Riordan for issuance of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(B) and (C).

IT IS SO ORDERED.

Dated:  **July 31, 2025**

Dena Coggins
United States District Judge

1