SERENA M. WARNER, ESQ., SB. No. 264799
  Email: swarner@akk-law.com
KEVIN J. DEHOFF, ESQ., SB No. 252106
  Email: kdehoff@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants COUNTY OF YOLO, CITY OF DAVIS, CITY OF WOODLAND, CITY OF WEST SACRAMENTO, ANGEL BARAJAS, OSCAR VILLEGAS, DONALD SAYLOR, CHAD RINDE, AARON LAUREL, KEN HIATT, and MICHAEL WEBB

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BISCH, an individual, | ) Case No.: 2:23-cv-00455-DC-SCR |
| Plaintiff, | ) **DEFENDANTS' OBJECTION TO PLAINTIFF'S RESPONSE TO DEFENDANTS' OBJECTIONS TO FINDINGS AND RECOMMENDATIONS** |
| vs. | ) |
| COUNTY OF YOLO, et al., | ) MAGISTRATE: The Honorable Sean C. Riordan |
| Defendants. | ) |

Defendants' SAYLOR, RINDE, BARAJAS, and VILLEGAS object to Plaintiff MICHAEL BISCH'S response to Defendants' objections to the findings and recommendations by Magistrate Judge Riordan. Magistrate Judge Riordan's Findings and Recommendations were issued pursuant to 28 U.S.C. section 636(b)(1), which permits the parties to submit written objections to the proposed findings within fourteen days. The opportunity to object was also identified in Judge Riordan's February 20, 2026 order.

However, the order is silent as to any reply to the objections. Likewise, section 636(b)(1) does not authorize further responsive briefing to the objections. There is no statutory authority permitting Plaintiff to respond to Defendants' objections. As such, Defendants SAYLOR, RINDE,

DEFENDANTS' OBJECTION TO PLAINTIFF'S RESPONSE TO DEFENDANTS' OBJECTIONS TO FINDINGS AND RECOMMENDATIONS

BARAJAS, and VILLEGAS request the Court strike the response and not take the unauthorized briefing in consideration when determining whether to adopt the Findings and Recommendations.

Alternatively, should the Court wish to consider the reply arguments, Defendants request the opportunity and a briefing schedule to reply to Plaintiff's Objections to the Findings and Recommendations so Plaintiff is not permitted to respond to Defendants' objections without equal opportunity permitted to Defendants. Absent either exclusion of Plaintiff's reply or an opportunity to reply to Plaintiff's objections, Defendants would be placed in at an unfair disadvantage in having its position heard relative to Plaintiff.

Dated:  March 20, 2026                                    ANGELO, KILDAY & KILDUFF, LLP

By:__/s/ Serena M. Warner_____
    SERENA M. WARNER
    KEVIN J. DEHOFF
    Attorneys for Defendants COUNTY OF YOLO, CITY OF DAVIS, CITY OF WOODLAND, CITY OF WEST SACRAMENTO, ANGEL BARAJAS, OSCAR VILLEGAS, DONALD SAYLOR, CHAD RINDE, AARON LAUREL, KEN HIATT, and MICHAEL WEBB

CASE NAME:     *Bisch v. County of Yolo, et al.*
COURT:         USDC, Eastern District
CASE NO.       2:23-cv-00455-DC-SCR

## PROOF OF SERVICE

I am a citizen of the United States, employed in the County of Sacramento, State of California. My business address is 601 University Avenue, Suite 150, Sacramento, California 95825. I am over the age of 18 years and not a party to the above-entitled action.

On March 20, 2026, I served the parties in this action listed below the following document(s) described as: **DEFENDANTS' OBJECTION TO PLAINTIFF'S RESPONSE TO DEFENDANTS' OBJECTIONS TO FINDINGS AND RECOMMENDATIONS**

The above-named document(s) were served by the following means (*specify*):

☒     BY ELECTRONIC SERVICE (to individual persons) - By electronically transmitting the document(s) listed above to the email address(es) of the person(s) set forth below, based on court order or agreement of the parties to accept service via electronic transmission. The email address I used to transmit these documents is swarner@akk-law.com on this date. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. (CRC 2.251 or Fed.R.Civ.P.5(b)(E); Civ. Proc. section 1010.6.)

## SERVICE LIST

**Attorneys for Plaintiff:**
Sanjiv N. Singh
SANJIV N. SINGH, A PROFESSIONAL
LAW CORPORATION
1700 S. El Camino Real Suite 503
San Mateo CA 94402
Email: ssingh@sanjivnsingh.com

**Attorneys for Plaintiff:**
Michael B. Indrajana
INDRAJANA LAW GROUP, A
PROFESSIONAL LAW CORPORATION
1700 S. El Camino Real Suite 503
San Mateo CA 94402
Email: michael@indrajana.com

☒     (*Federal*) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made . I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 20, 2026 at Sacramento, California.

_____
SERENA WARNER