SERENA M. WARNER, ESQ., SB. No. 264799
    Email: swarner@akk-law.com
KEVIN J. DEHOFF, ESQ., SB No. 252106
    Email: kdehoff@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants COUNTY OF YOLO, CITY OF DAVIS, CITY OF WOODLAND, CITY OF WEST SACRAMENTO, ANGEL BARAJAS, OSCAR VILLEGAS, DONALD SAYLOR, CHAD RINDE, AARON LAUREL, KEN HIATT, and MICHAEL WEBB

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BISCH, an individual, | ) Case No.: 2:23-cv-00455-DC-SCR |
| | ) |
| Plaintiff, | ) **DECLARATION OF SERENA M.** |
| | ) **WARNER IN SUPPORT OF** |
| vs. | ) **DEFENDANTS' RESPONSE TO** |
| | ) **PLAINTIFF'S OBJECTIONS TO THE** |
| COUNTY OF YOLO, et al., | ) **FINDINGS AND RECOMMENDATIONS** |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

I, Serena M. Warner, hereby declare:

1.      I am an attorney at law duly licensed to practice law in the State of California and admitted to practice in the Eastern District of California and am associated with the law firm of Angelo, Kilday & Kilduff, LLP, attorneys for Defendants COUNTY OF YOLO, CITY OF DAVIS, CITY OF WOODLAND, CITY OF WEST SACRAMENTO, ANGEL BARAJAS, OSCAR VILLEGAS, DONALD SAYLOR, CHAD RINDE, AARON LAUREL, KEN HIATT, and MICHAEL WEBB.

2.      Defendants have not produced any additional records since Plaintiff was granted

an opportunity to supplement the record.

3. Defendants originally filed its MTS in May 2023. The Court then dismissed the motion without prejudice to refile, which Defendants did in October 2024 following a stay of proceedings. Thereafter, the Parties stipulated to continue the opposition deadline specifically to allow Plaintiff the opportunity to conduct discovery and receive documents requested from Defendants. Briefing was completed in January 2025 and the matter was under submission until Plaintiff requested and was grant the opportunity to supplement the record in November 2025. No further request for leave to conduct discovery was conducted. To date, Defendants served their initial disclosures, produced 45,263 pages of documents to Plaintiff, responded to two PRA requests, and provided written responses to requests for production, requests for admission, and special interrogatories.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct, that I have personal knowledge of the facts stated above, and that, if sworn as a witness, I would be competent to testify thereto.

Executed this 19th day of January, 2026, at Sacramento, California.


*/s/ Serena M. Warner*

_____

Serena M. Warner

DECLARATION OF SERENA M. WARNER IN SUPPORT OF DEFENDANTS' RESPONSE TO
PLAINTIFF'S OBJECTIONS TO THE FINDINGS AND RECOMMENDATIONS